

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Geanene Phillips McGregor, Appellant

No. 06-13-00094-CV          v.

Texas Department of Public Safety, Appellee

Appeal from the County Court of Titus County, Texas (Tr. Ct. No. C01760). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, Geanene Phillips McGregor, pay all costs of this appeal.

RENDERED SEPTEMBER 18, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk